UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARISELA DIAZ-ROBLES,<br><br>　　　　　Defendant. | Case No.: EDCR19-0036-JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　(X)　information in the Pretrial Services Report and Recommendation

　　(X)　information in the violation petition and report(s)

　　()　the defendant's nonobjection to detention at this time

　　(X)　other: Substance abuse

1

    No available sureties

    Mental health issues

    Allegation of absconding

 and/ or

B. () The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  () information in the Pretrial Services Report and Recommendation

  () information in the violation petition and report(s)

  () the defendant's nonobjection to detention at this time

  () other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 14, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge

2