UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARISELA DIAZ-ROBLES, <br> Defendant. | Case No.: EDCR19-0036-JGB <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (X) other: No know bail resources

1

| | | History of non compliance with supervision |
| --- | --- | --- |
| | | Substance abuse |
| | | and/ or |
| B. | (X) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |
| | (x) | information in the Pretrial Services Report and Recommendation |
| | (x) | information in the violation petition and report(s) |
| | ( ) | the defendant's nonobjection to detention at this time |
| | (x) | other: Substance abuse |
| | | Criminal history |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 30, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge